UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CARLOS HERRERA, individually, and on behalf of all other similarly situated consumers,<br><br>                Plaintiff,<br><br>vs.<br><br>AMC ENTERTAINMENT HOLDINGS, INC<br><br>                Defendants. | Case No.: 2:23-cv-02948<br><br>**NOTICE OF SETLEMENT** |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that all matters herein have been compromised and settled as between Plaintiff Carlos Herrera ("Plaintiff") AMC Entertainment Holdings, Inc. ("Defendant"). Plaintiff anticipates filing a notice of voluntary dismissal of this action against Defendant with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated this 9th day of May 2024.

                Respectfully Submitted,

                /s/ Daniel Zemel
                Daniel Zemel, Esq.
                Zemel Law LLC
                400 Sylvan Ave.
                Suite 200
                Englewood Cliffs, New Jersey 07632
                T: (862) 227-3106
                F: (973) 282-8603
                dz@zemellawllc.com
                Attorneys for Plaintiff