## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| CARLOS HERRERA, individually, and on behalf of all other similarly situated consumers, | ) ) ) | Case No.: 2:23-cv-02948 |
| | ) | |
| Plaintiff, | ) ) | STIPULATION OF DISMISSAL WITH PREJUDICE |
| vs. | ) | |
| | ) | |
| AMERICAN MULTI-CINEMA, INC. | ) | |
| | ) | |
| Defendant. | ) ) | |

NOW COMES Plaintiff, Carlos Herrera, and Defendant, American Multi-Cinema, Inc., by their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate and agree that this matter shall be dismissed against Defendant American Multi-Cinema, Inc., with prejudice, and with each party to bear its own attorneys' fees and costs.

Dated: June 13th, 2024

Respectfully submitted,

/s/ John W. Egan
John W. Egan, Esq.
Seyfarth Shaw LLP
620 Eighth Avenue, 32nd Floor
New York, NY 10018
jegan@seyfarth.com
Attorney for Defendant

/s/ Daniel Zemel
Daniel Zemel, Esq.
Zemel Law LLC
660 Broadway,
Paterson, NJ 07514
Email: dz@zemellawllc.com
Attorney for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on June 13th, 2024, a true and correct copy of the foregoing document

was sent to all counsel of record via the Court's ECF filing system.

/s/ Daniel Zemel
Daniel Zemel, Esq.